United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| V.R., <br><br> Plaintiff, <br><br> v. <br><br> LINKEDIN CORPORATION, <br><br> Defendant. | Case No. 24-cv-07399-PCP <br><br> **REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby referred to the Honorable Edward J. Davila for consideration of whether the case is related to 24-cv-06832-EJD.

**IT IS SO ORDERED.**

Dated: December 27, 2024

_____
P. CASEY PITTS
United States District Judge