UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J.S.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SPRING FERTILITY HOLDINGS, LLC, et al.,<br><br>　　　　Defendants. | Case No. 24-cv-07374-EKL<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable Edward J. Davila for consideration of whether the case is related to 24-cv-06832-EJD.

**IT IS SO ORDERED.**

Dated: January 2, 2025

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　EUMI K. LEE
　　　　　　　　　　　　　　　　　　　United States District Judge